IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Enrique Munoz,<br><br>　　　　Plaintiff,<br><br>v.<br><br>13 Custom Cabinets LLC, et al.,<br><br>　　　　Defendants. | No. CV-24-00307-TUC-JR<br><br>**ORDER** |

　　　　Before the Court is Plaintiff's Motion for Entry of Default Judgment (Doc. 13). Pursuant to General Order 21-25 and because of incomplete status of election, Magistrate Judge Jacqueline Rateau issued a Report and Recommendation ("R & R") (Doc. 14) on Plaintiff's Motion for Entry of Default Judgment. No objections to Magistrate Judge Rateau's R & R have been filed and the time for filing an objection has elapsed.

　　　　This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). "Within fourteen days after being served with a copy [of a report and recommendation], any party may serve and file written objections . . . . [T]he court shall make a de novo determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). Section 636(b)(1), Title 28 U.S.C., does not "require[ ] some lesser review by the district

court when no objections are filed." *Thomas v. Arn*, 474 U.S. 140, 149–50 (1985). Instead, district courts are not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Id*. at 149.

This Court has reviewed the R & R and finds that it is well-reasoned. The Court adopts the R & R's factual findings and legal conclusions. For the reasons set forth in the R & R, the Court finds that default judgment should issue. Accordingly,

**IT IS ORDERED ADOPTING** Magistrate Judge Rateau's Report and Recommendation (Doc. 14) and **GRANTING** Plaintiff's Motion for Entry of Default Judgment (Doc. 13).

**IT IS FURTHER ORDERED** the Clerk of the Court shall enter judgment in favor of Plaintiff and against Defendants 13 Custom Cabinets, LLC, Frank Amavizca and Maria Amavizca jointly and severally in the amount of $6,888.50 and against Defendant 13 Custom Cabinets, LLC in the additional amount of $1,111.50.

**IT IS FURTHER ORDERED** the Clerk of the Court shall close this case.

Dated this 31st day of January, 2025.

_____
Honorable Raner C. Collins
Senior United States District Judge