# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Enrique Munoz,<br><br>  Plaintiff,<br><br>v.<br><br>13 Custom Cabinets LLC, et al.,<br><br>  Defendants. | No. CV-24-00307-TUC-JR<br><br>**ORDER** |

Before the Court is Plaintiff's Motion for Award of Attorneys' Fees and Costs Against All Defendants. (Doc. 17.) Pursuant to General Order 21-25 and because of incomplete status of election, Magistrate Judge Jacqueline Rateau issued a Report and Recommendation ("R & R") on Plaintiff's motion. (Doc. 19.) No objections to Magistrate Judge Rateau's R & R have been filed and the time for filing an objection has elapsed.

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). "Within fourteen days after being served with a copy [of a report and recommendation], any party may serve and file written objections . . . . [T]he court shall make a de novo determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). Section 636(b)(1), Title 28 U.S.C., does not "require[ ] some lesser review by the district court when no objections are filed." *Thomas v. Arn*, 474 U.S. 140, 149–50 (1985). Instead, district courts are not required to conduct "any review at all ... of any issue that is not the subject of an objection." *Id*. at 149.

1 | This Court has reviewed the R & R and finds that it is well-reasoned. This Court therefore adopts the R & R's factual findings and legal conclusions. For the reasons set forth in the R & R, the Court finds that an award of attorneys' fees and costs should issue. Accordingly,

**IT IS HEREBY ORDERED ADOPTING** Magistrate Judge Rateau's Report and Recommendation. (Doc. 19.) Consequently, this Court **GRANTS IN PART** Plaintiff's Motion for Award of Attorneys' Fees and Costs Against All Defendants (Doc. 17) as set forth in the R & R.

**IT IS FURTHER ORDERED DIRECTING** the Clerk of the Court to enter judgment in favor of Plaintiff and against Defendants 13 Custom Cabinets, LLC, Frank Amavizca and Maria Amavizca jointly and severally in the amount of **$5,963.00** for attorneys' fees and in the amount of **$580.20** for out-of-pocket costs.

Dated this 19th day of March, 2025.

_____
Honorable Raner C. Collins
Senior United States District Judge